# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 02/14/18 | DEPT. 92 |
| HONORABLE MARC D. GROSS JUDGE | L. PLAZOLA DEPUTY CLERK |
| HONORABLE _____ JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| P. BARRERAS, C.A. Deputy Sheriff | _____ Reporter |

| 3:30 pm | BC680869 | | Plaintiff Counsel | NO APPEARANCES |
|---|---|---|---|---|
| | DOMINIQUE HUETT<br>VS<br>THE WEINSTEIN COMPANY INC | | Defendant Counsel | |

**NATURE OF PROCEEDINGS:**

NON APPEARANCE CASE REVIEW OF CASE REASSIGNMENT TO
AN I/C COURTROOM FROM DEPARTMENT 92, A PI HUB COURT

On the Courts own motion and order, signed and
filed this date, and at the direction of Dept. 1,
this case is reassigned/transferred to:
Dept. WE-P, West District, the Honorable Nancy Newman.

All currently scheduled dates will be reset by the
receiving court on the same dates as previously set,
including motions, unless the receiving courtroom
instructs otherwise.

Plaintiff is to give notice.

                CLERK'S CERTIFICATE OF MAILING

I, the below-named Executive Officer/Clerk of the
above-entitled court, do hereby certify that I am
not a party to the cause herein, and that on this
date I served the minute order
upon each party or counsel named below by placing
the document for collection and mailing so as to
cause it to be deposited in the United States mail
at the courthouse in Los Angeles,
California, one copy of the original filed/entered
herein in a separate sealed envelope to each address
as shown below with the postage thereon fully prepaid,
in accordance with standard court practices.

            Page    1 of  2     DEPT. 92

**MINUTES ENTERED**
02/14/18
**COUNTY CLERK**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 02/14/18 | DEPT. 92 |
| HONORABLE MARC D. GROSS  JUDGE | L. PLAZOLA  DEPUTY CLERK |
| HONORABLE                   JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| P. BARRERAS, C.A.  Deputy Sheriff | Reporter |

| 3:30 pm | BC680869<br><br>DOMINIQUE HUETT<br>VS<br>THE WEINSTEIN COMPANY INC | Plaintiff Counsel<br><br>Defendant Counsel | NO APPEARANCES |
|---|---|---|---|

**NATURE OF PROCEEDINGS:**

Dated: February 14, 2018,

Sherri R. Carter, Executive Officer/Clerk

By: _____*L. Plazola*_____
         L. PLAZOLA

HERMAN LAW
5200 TOWN CENTER CIRCLE, SUITE 540
BOCA RATON, FL 33486

**MINUTES ENTERED**
02/14/18
**COUNTY CLERK**