SEYFARTH SHAW LLP
Gerald L. Maatman, Jr. *(pro hac vice pending)*
E-mail: gmaatman@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

SEYFARTH SHAW LLP
Laura Wilson Shelby (SBN 151870)
E-mail: lshelby@seyfarth.com
Myra B. Villamor (SBN 232912)
E-mail: mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
THE WEINSTEIN COMPANY, LLC

FILED
Superior Court of California
County of Los Angeles

FEB 15 2018

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Raul Sanchez

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| DOMINIQUE HUETT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WEINSTEIN COMPANY, LLC<br><br>    Defendant. | Case No. BC680869<br><br>[ASSIGNED TO THE HONORABLE MARC D. GROSS; DEPT. 92]<br><br>**RESERVATION NO. 180208288674**<br><br>**DECLARATION OF LAURA W. SHELBY REGARDING PROOF OF PAYMENT IN SUPPORT OF GERALD L. MAATMAN FOR ADMISSION *PRO HAC VICE***<br><br>*[Notice of Hearing on Verified Application of Defendant for Admission Pro Hac Vice of Gerald I. Maatman; and, [Proposed] Order Filed Concurrently Herewith]*<br><br>Date    : March 7, 2018<br>Time    : 1:30 p.m.<br>Dept.   : 92<br><br>Complaint Filed:  October 24, 2017<br>Trial Date:       April 24, 2019 |

1
DECLARATION OF LAURA W. SHELBY

44051757v.1

# DECLARATION OF LAURA W. SHELBY

I, Laura W. Shelby, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court, and I am an attorney with the law firm of Seyfarth Shaw LLP ("Seyfarth Shaw"), which is counsel of record for Defendant The Weinstein Company, LLC ("Defendant") in the above-captioned action. I have knowledge of the facts set forth herein from a review of the documents and files, and from my own personal knowledge, and if called upon to testify, I could and would testify competently thereto in a court of law. I make this declaration is support of the application of Gerald I. Maatman for admission *pro hac vice*.

2. I caused to be filed with the Los Angeles County Superior Court a Notice of Application and Verified Application of Defendants for Admission *Pro Hac Vice* of Gerald I. Maatman. I caused a check for $50 payable to the State Bar of California to be mailed to the *Pro Hac Vice* Program of the State Bar of California, 180 Howard Street, San Francisco, California 94105, in connection with the Verified Application. Attached hereto as Exhibit A is a true and correct copy of my correspondence to the State Bar of California enclosing the $50.00 fee, dated February 14, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of February 2018 at Los Angeles, California.

_____
Laura W. Shelby

**EXHIBIT A**

# EXHIBIT "A"

# SEYFARTH SHAW

Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
(310) 277-7200
fax (310) 201-5219
www.seyfarth.com

Writer's direct phone
(310) 201-5203

Writer's e-mail
lshelby@seyfarth.com

February 14, 2018

State Bar of California
180 Howard Street
San Francisco, CA 94105-1639

Re:   *Application to Appear as Counsel Pro Hac Vice*
      *Dominique Huett v. The Weinstein Company, LLC*
      Los Angeles Superior Court Case No. BC680869

Dear Pro Hac Vice Admissions Department:

Enclosed is a copy of the Defendant's Application to allow Gerald I. Maatman to Appear as Counsel Pro Hac Vice in the above-referenced matter, along with a check in the amount of $50.00 for the fee.

We appreciate your consideration. Please return a receipt for the fee in the self-addressed stamped envelope provided. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

SEYFARTH SHAW LLP

Laura Wilson Shelby

LWS:bd
Enclosures

44095692v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

**SEYFARTH SHAW LLP**    233 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606
**Attorneys**

CHECK NO.    502998

| REF. # | INVOICE NUMBER | DATE | INV. AMT. | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 20388686 | 20180131 | 01-30-18 | 50.00 | James Aguilera CRINV 050012681823 | 50.00 |

CHECK DATE 01/31/18

**SEYFARTH SHAW**

Bank of America
Chicago, IL 60661

233 South Wacker Drive Suite 8000 Chicago, IL 60606-6448

CHECK NO. 502998

2-50/710

GENERAL ACCOUNT
CHECK AMOUNT
$*******50.00

FIFTY AND 00/100 Dollars

Seyfarth Shaw LLP

PAY TO THE ORDER OF    THE STATE BAR OF CALIFORNIA

UNDER $5000 ONE SIGNATURE
VOID AFTER 180 DAYS

⑈502998⑈ ⑆071000505⑆ 520174335 7⑈

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) SS
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On February 14, 2018, 2018, I served the within document(s):

**DECLARATION OF LAURA W. SHELBY REGARDING PROOF OF PAYMENT IN SUPPORT OF GERALD L. MAATMAN FOR ADMISSION *PRO HAC VICE***

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by placing the document(s) listed above, together with a copy of this declaration, in a sealed envelope or package provided by Federal Express Priority Overnight delivery carrier with postage paid on account and deposited for collection with the Federal Express overnight carrier at Los Angeles, California, addressed as set forth below.

[ ] by also sending to counsel via email on _____, 2018, electronically, via the e-mail address set forth below.

Jeff Herman
Daniel Ellis
Arick Fudali
**HERMAN LAW**
5200 Town Center Circle, Suite 540
Boca Raton, Florida 33486
e-mail: dellis@hermanlaw.com
e-mail: afudali@hermanlaw.com

*Attorneys for Plaintiff*
**DOMINIQUE HUETT**

Tel: (305) 931-2200
Fax: (305) 931-0877

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 14, 2018, at Los Angeles, California.

*/s/ James Aguilera*
JAMES AGUILERA