HERMAN LAW
5200 Town Center Circle, Suite 540
Boca Raton, Florida 33486
Daniel G. Ellis
California Bar No. 298639
dellis@hermanlaw.com
Tel: (305) 931-2200
Fax: (305) 931-0877
*Attorneys for Plaintiff, John Doe*

### SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| DOMINIQUE HUETT,<br><br>Plaintiff,<br>vs.<br><br>THE WEINSTEIN COMPANY LLC,<br><br>Defendant. | CASE NO: BC680869<br>Assigned to: Hon. Nancy Newman<br>Department: P<br>Complaint Filed: October 24, 2017<br>Hearing: June 5, 2018 at 8:30 am<br>Reservation ID:<br><br>**PLAINTIFF'S EX PARTE NOTICE OF MOTION, APPLICATION OF STUART S. MERMELSTEIN TO APPEAR PRO HAC VICE, AND PROPOSED ORDER** |

**PLEASE TAKE NOTICE** that on June 5, 2018 at 8:30 A.M., Stuart S. Mermelstein will, and does hereby, move this Court for permission to appear as counsel pro hac vice on behalf of Plaintiff Dominique Huett in this matter, in association with his attorney of record, Daniel G. Ellis, Esq.

This Motion and Application are brought pursuant to Cal. R. 9.40(c)(1).

This Motion is based upon this Notice and accompanying Declaration of Daniel Ellis and Application of Stuart S. Mermelstein, and other matters the Court finds just.

Mr. Mermelstein is handling a similar case for a different plaintiff against the same defendant in another court. Accordingly, it is most efficient if Mr. Mermelstein is admitted pro

1 | hac vice, as he is familiar with the issues involved in Plaintiff's claims.

2 | The motion must be heard ex parte in order for it to be heard before the case management
3 | conference scheduled for June 5, 2018.

5 | Dated: **May 21, 2018**     HERMAN LAW

By:  s/ Daniel G. Ellis
     **Daniel G. Ellis, Esq.**
     California Bar No. 298639
     *Attorneys for Plaintiff*

| | |
|---|---|
| 1 | HERMAN LAW |
| 2 | 5200 Town Center Circle, Suite 540 |
|   | Boca Raton, Florida 33486 |
| 3 | Daniel G. Ellis |
|   | California Bar No. 298639 |
| 4 | dellis@hermanlaw.com |
| 5 | Tel: (305) 931-2200 |
|   | Fax: (305) 931-0877 |
| 6 | *Attorneys for Plaintiff, Dominique Huett* |

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DOMINIQUE HUETT, | ) | CASE NO: BC680869 |
|   | ) | Assigned to: Hon. Nancy Newman |
| Plaintiff, | ) | Department: P |
| vs. | ) | Complaint Filed: October 24, 2017 |
|   | ) | Hearing: June 5, 2018 at 8:30 am |
| THE WEINSTEIN COMPANY LLC, | ) | Reservation ID: |
|   | ) | **DECLARATION OF DANIEL G. ELLIS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR STUART S. MERMELSTEIN TO APPEAR PRO HAC VICE AND PROPOSED ORDER** |
| Defendant. | ) | |

I, Daniel G. Ellis, declare as follows:

1. I am a member in good standing of the State Bar of California and am an attorney at Herman Law, attorneys of record herein for Plaintiff John Doe. I have personal knowledge of the matters stated in this Application and could competently testify thereto if called as a witness.

2. Plaintiff seeks the admission pro hac vice of attorney Stuart S. Mermelstein. Mr. Mermelstein is an attorney with the firm, Herman Law, counsel for Plaintiff.

3. The accompanying Application of Stuart S. Mermelstein to Appear Pro Hac Vice, as well as this Application and Proposed Order, were mailed to the State Bar of California today along with the payment of the $50.00 application fee for the applicant.

4. Mr. Mermelstein is handling a similar case for a different plaintiff against the same defendant in another court. Accordingly, it is most efficient if Mr. Mermelstein is admitted

1 | pro hac vice, as he is familiar with the issues involved in Plaintiff's claims.

2 |     5.    The motion must be heard ex parte in order for it to be heard before the case management conference scheduled for June 5, 2018.

    I declare under penalty of perjury under the laws of the State of California that the same are true and correct.

Executed on May 21, 2018 in Boca Raton, Florida

                                      s/ Daniel G. Ellis
                                      Daniel G. Ellis, Esq.

[PROPOSED] ORDER

    After considering the foregoing application and good cause appearing therefor, IT IS ORDERED that the Application of Stuart S. Mermelstein to appear pro hac vice is granted.

                                      SUPERIOR COURT JUDGE

```
1  HERMAN LAW
   5200 Town Center Circle, Suite 540
2  Boca Raton, Florida 33486
   Daniel G. Ellis
3  California Bar No. 298639
4  dellis@hermanlaw.com
   Tel: (305) 931-2200
5  Fax: (305) 931-0877
6  Attorneys for Plaintiff, Dominique Huett
```

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| DOMINIQUE HUETT, | CASE NO: BC680869 |
| | Assigned to: Hon. Nancy Newman |
| Plaintiff, | Department: P |
| vs. | Complaint Filed: October 24, 2017 |
| | Hearing: June 5, 2018 at 8:30 am |
| THE WEINSTEIN COMPANY LLC, | Reservation ID: |
| | |
| Defendant. | APPLICATION OF STUART S. MERMELSTEIN TO APPEAR PRO HAC VICE |

I, Stuart S. Mermelstein, certify as follows:

1. I am a member in good standing of the Bars of the State of Florida and New York and I am an attorney with the law firm of Herman Law, which has been retained by Plaintiff, Dominque Huett.

2. I reside at 9400 NW 13th St., Plantation, FL 33322 and I maintain my office at Herman Law, 5200 Town Center Circle, Suite 540, Boca Raton, FL 33486.

3. I have been admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| State of New York 1st Department | 1987 |
| U.S. District Court Southern District of New York | 1987 |
| U.S. District Court Eastern District of New York | 1987 |

- 1 -
Application of Stuart S. Mermelstein to Appear Pro Hac Vice

| | |
|---|---|
| U.S. Court of Appeals<br>Fifth Circuit | 1988 |
| Commonwealth of Pennsylvania | 1989 |
| U.S. District Court<br>Western District of Pennsylvania | 1989 |
| U.S. Court of Appeals<br>Third Circuit | 1989 |
| State of Florida | 1992 |
| U.S. District Court<br>Southern District of Florida | 1992 |
| U.S. Court of Appeals<br>Ninth Circuit | 2001 |
| Court of Federal Claims | 2001 |
| U.S. District Court<br>Middle District of Florida | 2005 |
| U.S. District Court<br>District of Colorado | 2005 |
| U.S. Court of Appeals<br>Federal Circuit | 2007 |
| U.S. District Court<br>Northern District of Florida | 2011 |
| U.S. Court of Appeals<br>Second Circuit | 2014 |
| U.S. Court of Appeals<br>Eighth Circuit | 2016 |
| U.S. Court of Appeals<br>Seventh Circuit | 2017 |

I am a member in good standing in these courts and am not currently suspended or disbarred in any court.

4. I request permission of the Court to appear as counsel pro hac vice on behalf of Plaintiff Dominique Huett in this matter, in association with his attorney of record, Daniel G. Ellis, Esq., of the law firm Herman Law, located at 5200 Town Center Circle, Suite 540, Boca Raton, FL 33486.

5. I agree to abide by all local and state laws, rules and regulations for the practice of law in California and the County of Los Angeles.

6. I also make this application based upon the due process, equal protection and the right to petition and free speech clauses of the Constitutions of this State and the United States.

7. I am not a resident of California, am not regularly employed in California, and am not regularly engaged in substantial business, professional, or other activities in California. I have not filed an application to appear as counsel pro hac vice in California in Los Angeles Superior Court in the previous two years.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: **May 21, 2018**

s/ *Stuart S. Mermelstein*
Stuart S. Mermelstein, Esq.

# PROOF OF SERVICE

**STATE OF FLORIDA, COUNTY OF PALM BEACH**

I am over the age of 18 and not a party to the within entitled action. I am employed at the Herman Law Firm, Boca Center Tower I, 5200 Town Center Circle, Suite 540, Boca Raton, Florida 33486.

On **May 21, 2018**, I served the foregoing document(s) described as Application of Stuart S. Mermelstein to Appear Pro Hac Vice on the following parties of this action:

| | |
|---|---|
| **SEYFARTH SHAW LLP**<br>Gerald L. Maatman, Jr.<br>*(pro hac vice pending)*<br>E-mail: gmaatman@seyfarth.com<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>Laura Wilson Shelby (SBN 151870)<br>E-mail: lshelby@seyfarth.com<br>Myra B. Villamor (SBN 232912)<br>E-mail: mvillamor@seyfarth.com<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219<br>*Attorneys for Defendant*<br>THE WEINSTEIN COMPANY, LLC | **Schulte Roth & Zabel LLP**<br>Brian Kohn<br>Email: brian.kohn@srz.com<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955<br>*Attorney for Defendant Bob Weinstein*<br><br>Phyllis Kupferstein<br>**Kupferstein Manuel LLP**<br>865 South Figueroa Street, Suite 3338<br>Los Angeles, California 90017<br>213-988-7531 main<br>213-988-7532 fax<br>pk@kupfersteinmanuel.com<br>*Attorneys for Defendant*<br>*Harvey Weinstein* |

[ X ] **BY MAIL:** I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City and County of Boca Raton, Palm Beach County.

[   ] **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[   ] **BY FACSIMILE:** I caused a copy (or copies) of such document(s) to be sent via facsimile transmission from (305) 931-0877 to the office(s) of the address(s).

[ X ] BY E-MAIL OR ELECTRONIC TRANSMISSION: With agreement of defense counsel that

service by email instead of personal delivery constitutes proper service today, I caused a copy (or copies) of such document(s) to be sent via email to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **May 21, 2018**, at Boca Raton, Florida.

*s/Daniel G. Ellis*
**Daniel G. Ellis, Esq.**