Bernadette C. Brouses, State Bar No. 232812
DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807
[SIGNING ATTORNEY'S EMAIL]@DFIS-LAW.COM

Attorneys for Defendant
ROBERT WEINSTEIN (erroneously sued as Bob Weinstein)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE HUETT,<br><br>Plaintiff,<br><br>vs.<br><br>THE WEINSTEIN COMPANY LLC, BOB WEINSTEIN and HARVEY WEINSTEIN,<br><br>Defendants. | Case No. 2:18-cv-6012 SVW (MRWx)<br>[Hon. Judge Stephen V. Wilson]<br><br>NOTICE OF ERRATA AND WITHDRAWAL OF DUPLICATIVE MOTION<br><br>Hon. Stephen V. Wilson<br><br>**Hearing**<br>Date: October 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 10A |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on September 14, 2018, Defendant Robert Weinstein e-filed through CM/ECF a Motion to Transfer inadvertently labeled as a "Motion to Dismiss," Docket No. 23. Mr. Weinstein corrected the error and re-filed the Motion to Transfer through CM/ECF the same day with the correct label, Docket No. 24.

Mr. Weinstein respectfully withdraws the erroneously labeled and

duplicative Motion to Transfer (Docket No. 23). Mr. Weinstein intends for the corrected Motion to Transfer (Docket No. 24) to remain on the Court's Docket.

Date: September 19, 2018

DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP

By: /s/ *Bernadette C. Brouses*
_____
Bernadette C. Brouses

Attorneys for Defendant Robert Weinstein

2

NOTICE OF ERRATA AND WITHDRAWAL OF DUPLICATIVE MOTION

**PROOF OF SERVICE**

State of California )
County of Los Angeles )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On September 19, 2018, I served the within document(s):

NOTICE OF ERRATA AND WITHDRAWAL OF DUPLICATIVE MOTION

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

______

[XX] **BY E-MAIL OR ELECTRONIC TRANSMISSION**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[XX] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 19, 2018, at Los Angeles, California.

Gwendolyn Crawford

## SERVICE LIST

Daniel G. Ellis, Esq.
Jeffrey M. Herman *(subject to application and admission pro hac vice)*
HERMAN LAW
5200 Town Center Cir. Suite 540
Boca Raton, FL 33486
Tel: 305.931.2200
Fax: 305.931.0877
Email: dellis@hermanlaw.com
**Attorneys for Plaintiff DOMINIQUE HUETT**

Phyllis Kupferstein, Esq.
Cynthia L. Zedalis, Esq.
KUPFERSTEIN MANUEL LLP
865 So. Figueroa Street, Suite 3338
Los Angeles, CA 90017
Tel: 213.988.7531
Fax: 213.98.7532
Email: pk@kupfersteinmanuel.com
Email: cz@kupfersteinmanuel.com
**Attorneys for Defendant HARVEY WEINSTEIN**

Gary Stein, Esq.
Brian Kohn, Esq.
SCHULTE ROTH & ZABEL LLP
*(subject to application and admission pro hac vice)*
919 Third Avenue
New York, NY 10022
Tel:  212.756.2000
Fax:  212.593.5955
Email: gary.stein@srz.com
Email: brian.kohn@srz.com
**Attorneys for Defendant ROBERT WEINSTEIN (erroneously sued as Bob Weinstein)**

3119-001

4

NOTICE OF ERRATA AND WITHDRAWAL OF DUPLICATIVE MOTION