Daniel G. Ellis [SBN 298639]
Jeffrey M. Herman (*subject to application and admission pro hac vice*)
Herman Law
5200 Town Center Cir. Suite 540
Boca Raton, FL  33486
Telephone: (305) 931-2200
Facsimile: (305) 931-0877
dellis@hermanlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE HUETT,<br><br>  Plaintiff,<br>v.<br><br>THE WEINSTEIN COMPANY LLC; BOB WEINSTEIN and HARVEY WEINSTEIN,<br><br>  Defendants. | CASE NO.: 2:18-cv-6012 SVW (MRW)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ROBERT "BOB" WEINSTEIN PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)**<br><br>Complaint Served:  July 30, 2018<br>Hearing Date: October 15, 2018 |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dominique Huett hereby dismisses without prejudice her claims against ***Defendant Robert "Bob" Weinstein only***.

Dated:  October 3, 2018          HERMAN LAW

                     __*/s/*_ Daniel Ellis_____
                      Daniel G. Ellis
                      Attorneys for Plaintiff

# PROOF OF SERVICE

**STATE OF FLORIDA, COUNTY OF PALM BEACH**

I am over the age of 18 and not a party to the within entitled action. I am employed at the Herman Law Firm, Boca Center Tower I, 5200 Town Center Circle, Suite 540, Boca Raton, Florida 33486.

On **October 3, 2018** I served the foregoing document(s) described as Notice of Voluntary Dismissal of Robert "Bob" Weinstein pursuant to f.r.c.p. 41(a)(1)(a)(i) on the following parties of this action:

**Schulte Roth & Zabel LLP**  
Brian Kohn  
Email: brian.kohn@srz.com  
*Attorney for Defendant Bob Weinstein*

Phyllis Kupferstein  
**Kupferstein Manuel LLP**  
pk@kupfersteinmanuel.com  
*Attorneys for Defendant Harvey Weinstein*

[ X ]  **BY MAIL:** I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City and County of Boca Raton, Palm Beach County.

[   ]  BY PERSONAL SERVICE: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[   ]  **BY FACSIMILE:** I caused a copy (or copies) of such document(s) to be sent via facsimile transmission from (305) 931-0877 to the office(s) of the address(s).

[   ]  BY E-MAIL OR ELECTRONIC TRANSMISSION: With agreement of defense counsel that service by email instead of personal delivery constitutes proper service today, I caused a copy (or copies) of such document(s) to be sent via email to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **October 3rd, 2018**, at Boca Raton, Florida.

_/s/_ Daniel Ellis  
**Daniel G. Ellis, Esq.**