1  Phyllis Kupferstein, Esq. [SBN 108595]
2  pk@kupfersteinmanuel.com
   Cynthia L. Zedalis, Esq. [SBN 118447]
3  cz@kupfersteinmanuel.com
4  Kupferstein Manuel LLP
   865 South Figueroa Street
5  Suite 3338
6  Los Angeles, California 90017
   Telephone: (213) 988-7531
7  Facsimile: (213) 988-7532
8
   Attorneys for Defendant
9  Harvey Weinstein

10
## UNITED STATES DISTRICT COURT
11
## CENTRAL DISTRICT OF CALIFORNIA
12

13 | DOMINIQUE HUETT, an individual, | CASE NO.: 2:18-cv-6012 SVW (MRW)
14 |                                  | **DEFENDANT HARVEY WEINSTEIN'S NOTICE OF MOTION AND MOTION TO STAY**
15 | Plaintiff, v.                    |
16 | THE WEINSTEIN COMPANY LLC, BOB WEINSTEIN and HARVEY WEINSTEIN, | Hearing Date: January 28, 2019
17 |                                  | Time: 1:30 p.m.
                                       Courtroom: 10A
18 | Defendants.                      |

19

20    PLEASE TAKE NOTICE that, on January 28, 2019, at 1:30 a.m. in the
21 Courtroom of the Honorable Stephen V. Wilson, First Street Courthouse, 350 West
22 1st Street, Courtroom 10A, Los Angeles, California 90012-4565, Defendant Harvey
23 Weinstein, by and through his counsel of record, will move the Court to stay this
24 proceeding.
25    Defendant's motion is based on this notice of motion and motion, the
26 accompanying memorandum of law in support of Defendant's motion, the
27 accompanying Declarations of Benjamin Brafman, Esq. and Cynthia L. Zedalis,
28 Esq., and all facts and circumstances upon which the Court may take judicial

**DEFENDANT HARVEY WEINSTIEN'S NOTICE OF MOTION AND MOTION TO STAY**

1 notice.

2  This motion is made following the conference of counsel pursuant to L.R. 7-
3 3. which took place on November 16, 2018.

5 Dated: November 28, 2018     **KUPFERSTEIN MANUEL LLP**

By: */s/ Phyllis Kupferstein*
Phyllis Kupferstein
Cynthia L. Zedalis
*Attorneys for Defendant Harvey Weinstein*

**DEFENDANT HARVEY WEINSTIEN'S NOTICE OF MOTION AND MOTION TO STAY**