Phyllis Kupferstein, Esq. [SBN 108595]
pk@kupfersteinmanuel.com
Cynthia L. Zedalis, Esq. [SBN 118447]
cz@kupfersteinmanuel.com
Kupferstein Manuel LLP
865 South Figueroa Street
Suite 3338
Los Angeles, California 90017
Telephone: (213) 988-7531
Facsimile: (213) 988-7532

Attorneys for Defendant Harvey Weinstein

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE HUETT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE WEINSTEIN COMPANY LLC, BOB WEINSTEIN and HARVEY WEINSTEIN,<br><br>    Defendants. | CASE NO.: 2:18-cv-6012 SVW (MRW)<br>Honorable Stephen V. Wilson<br><br>**NOTICE OF LODGING OF CORRECTED [PROPOSED] ORDER GRANTING DEFENDANT HARVEY WEINSTEIN'S MOTION TO STAY**<br><br>Hearing Date: January 28, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10A |

**TO THE CLERK OF THE COURT AND PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Harvey Weinstein hereby lodges the following Corrected [Proposed] Order Granting Defendant's Motion to Stay:

1. Corrected [Proposed] Order Granting Defendant Harvey Weinstein's Motion to Stay. The Honorable Stephen V. Wilson's name was incorrectly spelled on the signature line.

Dated: November 30, 2018         **KUPFERSTEIN MANUEL LLP**

By: */s/ Phyllis Kupferstein*
Phyllis Kupferstein
Cynthia L. Zedalis
*Attorneys for Defendant Harvey Weinstein*