# EXHIBIT "C"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE WEINSTEIN COMPANY<br>HOLDINGS LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 976 and 1829** |

## ORDER PERMITTING USE OF DOCUMENTS
## PRODUCED UNDER 2004 ORDER

Upon consideration of the *Motion for an Order Permitting Use of Documents Produced Under 2004 Order* [D.I. 1829] (the "**Motion**"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given under the particular circumstances and that no other or further notice is necessary, (iv) a hearing having been held on the Motion; and (v) good and sufficient cause exists for granting the relief requested in the Motion as set forth herein. Therefore, it is hereby ORDERED, that

1. The Motion is hereby GRANTED, as set forth herein.

2. Subject to the Protective Order dated December 20, 2018 of the United Stated District Court for the Southern District of New York in *Geiss, et al v. The Weinstein Company Holdings LLC, et al.* (Case 1:17-cv-09554-AKH) [Docket No. 207], the restrictions contained in paragraph 3 of the *Order Authorizing the Protocol for Production of Documents in Response to*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

{BAY:03419144v3}

*Harvey Weinstein's Motion Compelling Discovery Under Rule 2004 of the Federal Rules of Bankruptcy Procedure*, entered on June 5, 2018 [D.I. 976] (the "**2004 Order**")[2] requiring that counsel for the Committee and counsel for HW keep the Production confidential and maintain it on an Attorneys' Eyes Only basis is hereby lifted to permit the use of any documents obtained in the Production in connection with any pending criminal, civil and insurance coverage actions as well as related matters to which HW is a party, *provided, however*, that no documents from the Production shall be disclosed publicly for 48 hours following the entry of this Order, and if any party makes an application to an appropriate court during the pendency of the 48 hour period under this paragraph, documents related to the moving party or putative class members in the matter in which such an application is made shall not be disclosed until the applicable court rules on the application made by such party.

3. For the avoidance of doubt, any party to the above actions in which documents obtained through the Production are proposed to be used by the Recipients will be entitled to access to and use of all documents contained in the Production. This provision is not intended to limit, and does not limit, any court's jurisdiction to order the production of documents obtained through the Production regardless of whether the Recipients propose to use them.

4. This Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction to, among other things, interpret, implement, and enforce the terms and provisions of this Order.

Dated: January 8th, 2019　　　　　　　　　　MARY F. WALRATH
Wilmington, Delaware　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

{BAY:03419144v3}　　　　　　　　2