Phyllis Kupferstein, Esq. [SBN 108595]
pk@kupfersteinmanuel.com
Cynthia L. Zedalis, Esq. [SBN 118447]
cz@kupfersteinmanuel.com
Kupferstein Manuel LLP
865 South Figueroa Street
Suite 3338
Los Angeles, California 90017
Telephone: (213) 988-7531
Facsimile: (213) 988-7532

Attorneys for Defendant Harvey Weinstein

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE HUETT, an individual,<br><br>                          Plaintiff,<br>      v.<br><br>THE WEINSTEIN COMPANY LLC, BOB WEINSTEIN and HARVEY WEINSTEIN,<br><br>                       Defendants. | Case No.:  2:18-cv-6012 SVW (MRW)<br><br>**STATUS REPORT** |

       Defendant Harvey Weinstein submits the following Status Report pursuant to the Court's In Chambers Order Granting Defendant's Motion to Stay (Doc. 50, p. 3).[1]

       The pending criminal action against Defendant, *The People of the State of New York v. Harvey Weinstein,* in the Supreme Court of the State of New York,

---

[1]   Although the Order states that Plaintiff is to file the Status Report, the parties conferred and determined that Defendant is in the best position to submit the Status Report given that he is a defendant in the pending criminal proceeding.

New York County, bearing Indictment Number 2335/2018, is scheduled for trial on September 9, 2019, in New York, New York.

Dated: May 29, 2019

**KUPFERSTEIN MANUEL LLP**

By: */s/ Phyllis Kupferstein*
Phyllis Kupferstein
Cynthia L. Zedalis
865 South Figueroa Street, Suite 3338
Los Angeles, California 90017
(213) 988-7531
pk@kupfersteinmanuel.com
cz@kupfersteinmanuel.com

*Attorneys for Defendant Harvey Weinstein*

---

**-2-**
**STATUS REPORT**