UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------------ X

DOMINIQUE HUETT,

                Plaintiff,                    Case No.: 2:18-cv-06012-SVW-MRW

v.

THE WEINSTEIN COMPANY LLC, BOB        **STIPULATION OF DISMISSAL**
WEINSTEIN AND HARVEY WEINSTEIN,

                Defendants.

------------------------------------------------------------ X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record herein that the above-entitled action be and the same is hereby dismissed with prejudice and without costs, expenses or attorneys' fees being awarded to any party.

Dated: November 15, 2021
Los Angeles, California

**GIRARD BENGALI, APC**

By: _____
      Omar H. Bengali

333 South Grand Ave, Suite 4375
Los Angeles, CA
Telephone: (323) 302-8300
obengali@girardbengali.com

**WIGDOR LLP**

By: _____
      Douglas H. Wigdor

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
dwigdor@wigdorlaw.com

*Attorneys for Plaintiff*

**KUPFERSTEIN MANUEL LLP**

By: _____
      Phyllis Kupferstein

865 South Figueroa Street, Suite 3338
Los Angeles, California 90017
Telephone: (213) 988-7531
pk@kupfersteinmanuel.com

*Attorneys for Defendant Harvey Weinstein*

1